UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**JOHNATHAN H. WEIMAR**, on behalf of
himself and all others similarly situated persons
and entities,

      Plaintiffs,

v.   Case No. 2:19-cv-02698-JTF-tmp

**GEICO ADVANTAGE INSURANCE COMPANY,**

      Defendant.

# JUDGMENT

    Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order Granting Final Approval to Class Action Settlement, entered by this Court on December 2, 2020.

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                   THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE              CLERK

December 2, 2020                                                  s/Benjamin D. Hargrove
DATE                                                                       (BY) LAW CLERK